UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION
101 E. PECAN ST.
SHERMAN, TX 75090

FILED
2021 JUN 24 AM 7:06
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____DEPUTY

June 11, 2021

298th Judicial District Court
Dallas, County, Texas
George L. Allen, Sr. Courts Building
600 Commerce Street, 8th Floor New Tower
Dallas, TX 75202

**RE:   USDC No. 4:21cv210**
**Silva v. Olsen et al**
**Dallas County No. DC-21-01487**

RECEIVED
AUG 20 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Dear Sir/Madam:

Pursuant to Memorandum Opinion and Order of United States District Judge transferring the above entitled cause of action to your Court, we are transmitting a certified copy of the Order and docket sheet.

We would appreciate your acknowledging receipt of these documents on the copy of this letter and returning it to this office in the self-addressed stamped envelope provided.

Yours very truly,

DAVID A. O'TOOLE

By _[signature]_

Enclosure

Received items described above on this date _June 24, 2021_ and assigned Case Number _DC-21-01487_.

Clerk,

By _[signature]_